```
                                                                    FILED
                                                              December 4, 2012
        UNITED STATES DISTRICT COURT FOR THE                CLERK, US DISTRICT COURT
                                                             EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                      CALIFORNIA
                                                                 DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. 2:12-cr-00420-GEB
        Plaintiff, )
v. )
) ORDER FOR RELEASE OF
KEITH RICHARD HILL, ) PERSON IN CUSTODY
)
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KEITH RICHARD HILL, Case No. 2:12-cr-00420-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $ 25,000.00.

        _X_ Co-Signed Unsecured Appearance Bond

        ____ Secured Appearance Bond

        _X_ (Other) Conditions as stated on the record.

        ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/04/2012 at 4:05 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge