| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, Bar #237432 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | KEITH HILL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-12-420-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| KEITH HILL, | ) | |
| | ) | Date: August 1, 2013 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for KEITH HILL, that the status conference hearing date of June 6, 2013 be vacated, and the matter be set for status conference on August 1, 2013 at 9:30 a.m.

The reason for the continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 1, 2013 pursuant to 18 U.S.C.

1 §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2 T4 based upon continuity of counsel and defense preparation.

3 DATED: June 3, 2013.                          Respectfully submitted,
4
                                                HEATHER E. WILLIAMS
5                                               Federal Public Defender

6

7                                               /s/ Matthew Scoble
                                                MATTHEW SCOBLE
8                                               Designated Counsel for Service
                                                Attorney for KEITH HILL
9

10 DATED: June 3, 2013.                         BENJAMIN WAGNER
                                                United States Attorney
11

12
                                                /s/ Matthew Scoble for
13                                              KYLE REARDON
                                                Assistant U.S. Attorney
14                                              Attorney for Plaintiff

15

16

17                                  **ORDER**

18    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the June 6, 2013, status conference hearing be continued
20 to August 1, 2013, at 9:30 a.m.  Based on the representation of defense
21 counsel and good cause appearing there from, the Court hereby finds
22 that the failure to grant a continuance in this case would deny defense
23 counsel reasonable time necessary for effective preparation, taking
24 into account the exercise of due diligence.  The Court finds that the
25 ends of justice to be served by granting a continuance outweigh the
26 best interests of the public and the defendant in a speedy trial.  It
27 is ordered that time up to and including the August 1, 2013 status
28 conference shall be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 3, 2013

_____
Troy L. Nunley
United States District Judge