BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEITH RICHARD HILL, <br><br> Defendant. | CASE NO. 2:12-CR-00420 TLN <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JANAURY 23, 2014, TO MARCH 13, 2014** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 23, 2014.

2. By this stipulation, the parties now move to continue the status conference until March 13, 2014, at 9:30 a.m., and to exclude time between January 23, 2014, and March 13, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes several hundred pages of discovery. Included with this discovery is a significant

amount of computer evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. The parties believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of January 23, 2014, to March 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 17, 2014			Respectfully Submitted,

						BENJAMIN B. WAGNER
						United States Attorney

					By:	*/s/ Kyle Reardon*
						KYLE REARDON
						Assistant U.S. Attorney

Dated: January 17, 2014			*/s/ Kyle Reardon* for
						MATTHEW SCOBLE
						Attorney for the Defendant

2

Stipulation and Proposed Order
United States v. Hill
2:12-CR-00420 TLN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00420 TLN |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING STATUS CONFERENCE FROM JANAURY 23, 2014, UNTIL MARCH 13, 2014** |
| KEITH RICHARD HILL, | ) | |
| Defendant. | ) | |

The parties' stipulation is approved and so ordered. The time beginning January 23, 2014, until March 13, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: January 17, 2014

_____
Troy L. Nunley
United States District Judge