| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant |
| | KEITH RICHARD HILL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-CR-420 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE AND SET FOR |
| v. | ) | CHANGE OF PLEA AND TO EXCLUDE |
| | ) | TIME |
| KEITH RICHARD HILL, | ) | |
| | ) | Date: May 15, 2014 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Honorable Troy L. Nunley |

KEITH RICHARD HILL by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and KYLE REARDON, Assistant United States Attorney, hereby agree that the status conference set for May 1, 2014, be continued to May 15, 2014, at 9:30 a.m. for a change of plea.

This continuance is necessary because counsel needs additional time to consult with his client regarding the change of plea proceedings.

Counsel, along with the defendant, agree that the time from April 28, 2014 through May 15, 2014, should be excluded in computing the time within which the trial must commence under the Speedy Trial Act, §§3161(h)(7)(A) and (B)(iv) and Local Code T4, [continuity of counsel] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

Stipulation to Continue Status Conference         -1-         *US v. Hill, 12-CR-420 TLN*

| | | |
|---|---|---|
| DATED: April 28, 2014 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for KEITH HILL |
| DATED: April 28, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Matthew M. Scoble for*<br>KYLE REARDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including May 15, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A)and (B)(iv) and Local Code T4 (reasonable time for counsel to prepare). It is further ordered that the May 1, 2014 status conference shall be continued until May 15, 2014, at 9:30 a.m. for a change of plea.

Dated: April 29, 2014

Troy L. Nunley
United States District Judge