HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
KEITH HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEITH HILL,<br><br>　　　　Defendant. | Case No. 2:12-cr-00420 TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS<br><br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Keith Hill, through their respective attorneys, that the release conditions imposed on Mr. Hill on December 4, 2012, may be modified as set forth below.

Throughout his case, Mr. Hill has been subject to location monitoring [LM]. At this point in the proceedings, Mr. Hill has now been sentenced and has a self-surrender date of June 18, 2015 [Dkt. #56]. Mr. Hill has been designated to a Bureau of Prisons facility in Texas and plans to surrender himself to that institution. He has arranged airline tickets and overnight accommodations in Texas. Mr. Hill plans to travel from Sacramento to Dallas, Texas on June 16, 2015. He arrives in Dallas late in the evening. The following day, he will take a commuter flight from Dallas to Beaumont, Texas, where he will be housed. Pre-Trial Services Officer Gonzalez has confirmed his itinerary. Also verified by Pre-Trial services is that he will travel

1 | with his wife.  Mr. Hill will need to have his LM device removed before he leaves Sacramento.
2 | Pretrial services does not oppose this request.
3 |     Accordingly, the parties and Pre-Trial Services agree that the location monitoring unit and radio frequency transmitter device may be disconnected and removed on or about June 15, 2015, at a mutually convenient time, from this date and time until he self surrenders, on June 18, 2015.

All other conditions shall remain in force.

Dated: June 4, 2015

                                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ MATTHEW M. SCOBLE*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
KEITH HILL

Dated: June 4, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ M. Scoble for J. Lee*
JUSTIN LEE
Assistant U.S. Attorney

# **O R D E R**

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that the location monitoring unit and radio frequency transmitter device may be disconnected and removed on or about June 15, 2015, at a mutually convenient time, from this date and time until the defendant self surrenders, on June 18, 2015. All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: June 4, 2015

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge